# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-01998-VMC
## Jane Doe 1 et al v. Bondi et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 04/24/2025.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:35 P.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:05                 DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Danielle Claffey representing Jane Doe 1<br>Charles Kuck representing John Doe 2<br>R. Powell representing Pam Bondi |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [4]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Court heard from the parties on Plaintiff's motion for Preliminary Injunction. Written Order to follow. |