IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General of the United States, et al.,<br><br>    Defendants. | Civil Action No.<br>1:25-cv-01998-VMC |

**ORDER**

On April 18, 2025, the Court granted a Motion for Leave to File Amici Curiae Brief filed by three nonprofit and advocacy organizations. As a result, the Amici Curiae were granted access to the restricted records in this case, which was not intended by the Court, and not in accordance with the protective order agreed to by Plaintiffs and Defendants (*see* Doc. 27). Therefore, the Court **DIRECTS** the Clerk to remove the Amici Curiae's status as case participants and their access to any restricted or sealed documents. Amici Curiae's access to filings in this case should be no greater than that of the public. To the extent Amici Curiae obtained access to any Plaintiff's confidential and/or identifying information, the Court

**ORDERS** that they delete or destroy it and not disseminate it before deleting or destroying it.[1]

To avoid any future issues, counsel for Plaintiffs and Defendants are **PERMITTED** to file any documents covered by the protective order ex parte and under seal. Counsel should also file a motion to seal (which does not need to be sealed).

**SO ORDERED** this 25th day of April, 2025.

_____
Victoria Marie Calvert
United States District Judge

---

[1] The Court has no reason to believe Amici Curiae disseminated any information or did anything improper and this Order should not be interpreted otherwise.